No. 578. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY *v.* SPENCER, KELLOGG & SONS, INC. October 22, 1923. Petition for a writ of certiorari to the

Supreme Court of the State of New York denied. *Mr. William S. Jenney* for petitioner. *Mr. Frank Gibbons* for respondent.